AO 322
(Rev. 9/79)

INTERPRETER'S REPORT OF SERVICE AND
CLAIM FOR COMPENSATION AND EXPENSES

TO: Clerk of Court for the                                           DATE  August 5, 2005

   Southern District of Georgia

I request payment be made for interpreter services performed before:

                                                    PAYEE's NAME AND ADDRESS AND TAX
JAMES E. GRAHAM, U. S. MAGISTRATE JUDGE              IDENTIFICATION NUMBER:
   (Name and Title of Presiding Judicial Officer)    ROSA DOBBS
                                                     P. O. BOX 2993
In the case of:                                      BRUNSWICK, GA 31521

   United States of America vs. MARTIN SANCHEZ       SSI #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
   CR205-27                                          Tel. # - W-912/280-9662  - H-912/262-1432
   (Civil/Criminal Case Number)                      Cell - 571-7272

Itemization of Services and Costs:

|  |  | Number of |  | Cost Per |  | Other Costs (Including |  |
|---|---|---|---|---|---|---|---|
| Date(s) | Hours | Days | Hour | Day | Total Compensation | travel) | Total Cost |
| 08/04/05 |  | 1/2 |  | $86.00 |  |  | $86.00 |

                              TOTAL AMOUNT CERTIFIED FOR            $86.00

The following information is provided in support of the above services:

Type of Interpretation              Interpreter is:                                    Nature of Proceedings:
Provided:                           ☐  Certified                ☐ Initial Appearance   ☐ Pretrial Service Officer Interview
☐ Simultaneous                      ☒  Non-Certified            ☐ Preliminary Hearing  ☐ Probation Officer Interview
☒ Consecutive                                                   ☐ Arraignment          ☐ Sentencing
☐ Summary                                                       ☐ Trial                ☒ Other  PLeA

                                                                              Person Furnished Services
Foreign Language(s)                 Check if:                   ☒ Defendant
                                    ☐ Hearing/Speech            ☐ Witness
SPANISH                             Impaired                    ☐ Other

CERTIFICATION: I certify under penalty of perjury that the foregoing is true and correct. Executed on:   August 4, 2005.
                                                                                                          (Date)

                                   *Rosa Ena Dobbs* (signature)
                                   (Signature of Interpreter)

APPROVED FOR PAYMENT THIS DAY  August 4, 2005.
                                   (Date)

                                   *Anthony A. Alaimo* (signature)
                                   (Signature)

                                   Anthony A. Alaimo, U. D. District Judge
                                   Name and Title of Presiding Judicial Officer